# EARP COHN P.C.

EDWARD F. BORDEN, JR.*†
CHI B. CHUNG*
RICHARD B. COHN*
BRIAN C. DARREFF*
KEVIN J. DiMEDIO
THOMAS L. EARP
CAROL S. HARDING*
RICHARD S. ISRAEL*
DOUGLAS F. JOHNSON*
IRVING KOFFLER*
BLAIR C. LANE, SR.*
HELENE R. LEONE
CHARLES P. MONTGOMERY*
DONALD A. NOGOWSKI*
JOHN H. REISNER
RICHARD M. SCHLAIFER*

*Also admitted in Pennsylvania

† Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
† Certified by the Supreme Court of
   New Jersey as a Criminal Trial Attorney

ATTORNEYS AT LAW
20 BRACE ROAD, 4TH FLOOR
CHERRY HILL, NEW JERSEY 08034-2643

TELEPHONE (856) 354-7700
FAX (856) 354-0766
www.earpcohn.com

PENNSYLVANIA OFFICE
1725 SPRUCE STREET
PHILADELPHIA, PENNSYLVANIA
19103-6149
TELEPHONE (215) 963-9520
FAX (215) 963-9620

CHARLES MONTGOMERY
cmontgomery@earpcohn.com

July 11, 2013

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court of the
    District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street - Room 6052
Trenton, NJ  08608

      RE:  Woodcliff, Inc. v. Jersey Construction, Inc., et al.
            U.S.D.C. District of New Jersey – Docket No. 3:11-cv-04911

Dear Judge Bongiovanni:

    As was discussed during the last scheduling conference, our client, Jersey Construction, Inc., intends to file an amended answer asserting a third-party complaint against CMX, Inc. Enclosed please find a Consent Order for your consideration, which allows Jersey Construction to file its amended answer.

    Please do not hesitate to contact me if you have any questions.

                                    Respectfully submitted,

                                    Charles Montgomery

CPM/clm
Enclosure

cc:    All Counsel of Record via Electronic Filing

EARP COHN P.C.
20 Brace Road – 4th Floor
Cherry Hill, NJ 08034
(856) 354-7700
(856) 354-0766 (Fax)

Attorneys for Defendant Jersey Construction, Inc.

BY:   DOUGLAS F. JOHNSON, ESQUIRE
      CHARLES P. MONTGOMERY, ESQUIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WOODCLIFF, INC., <br><br> Plaintiff, <br><br> v. <br><br> JERSEY CONSTRUCTION, INC. and NEW JERSEY DEPARTMENT OF TRANSPORTATION, <br><br> Defendants, <br><br> and <br><br> NEW JERSEY DEPARTMENT OF TRANSPORTATION, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> STANBERY HAMILTON, LLC; STANBERY DEVELOPMENT, LLC; and TRAVELER'S CASUALTY AND SURETY COMPANY, <br><br> Third-Party Defendants. | CIVIL ACTION NO. <br> 3:11-CV-04911 (JAP-TJB) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> CONSENT ORDER PERMITTING DEFENDANT JERSEY CONSTRUCTION, INC. TO FILE THIRD-PARTY COMPLAINT |

The undersigned hereby consent to the filing of a Third-Party Complaint by Defendant Jersey Construction, Inc. which asserts claims against CMX, Inc., on or before July 12, 2013.

_____
RYAN M. BEUHLER, ESQUIRE

LASSER HOCHMAN, LLC
Attorney for Plaintiff
Woodcliff, Inc.

Dated: 7-3-13

JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY

_____
AMY CHUNG, ~~ESQUIRE~~ DEPUTY ATTORNEY GENERAL

STATE OF NEW JERSEY
Attorney for New Jersey Department of Transportation

Dated: 7/3/13

_____
DOUGLAS F. JOHNSON, ESQUIRE

EARP COHN P.C.
Attorney for Defendant Jersey Construction, Inc.

Dated: 7/3/13

_____
WILLIAM J. PINILIS, ESQUIRE

PINILIS HALPERN
Attorney for Stanbery Development, LLC,
Stanbery Hamilton, LLC

Dated: 7/10/13

_____
ERIC J. KONECKE, ESQUIRE

WINDELS MARX LANE & MITTENDORF, LLP
Attorneys for Travelers Casualty & Surety Co. of America

Dated: 7/9/13

SO ORDERED.

_____
TONIANNE J. BONGIOVANNI, U.S.M.J.